[No. 50191-7-I. Division One. September 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID D. FRIEDLI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-01397-8, Jay V. White, J., entered March 25, 2002. *Affirmed* by unpublished per curiam opinion.

[Nos. 50249-2-I; 49966-1-I. Division One. September 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JOSEPH CUMMINGS, *Appellant*.

*In the Matter of the Personal Restraint of* WILLIAM J. CUMMINGS, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-03453-0, Brian D. Gain, J., entered February 20, 2002, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Grosse, J., concurred in by Baker and Ellington, JJ.

[No. 50413-4-I. Division One. September 22, 2003.]

GLORIA JOHNSON, ET AL., *Appellants*, v. CHRISTOPHER SMYTHIES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-07694-1, Gregory P. Canova, J., entered April 5, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Baker, JJ.